UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

Case No. 2:23-cv-00961-SPC-NPM

GAYATRI PROPERTIES LLC

        Plaintiff,

vs.

WESTCHESTER SURPLUS LINES
INSURANCE COMPANY
        Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, GAYATRI PROPERTIES LLC, and Defendant, WESTCHESTER SURPLUS LINES INSURANCE COMPANY, by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), hereby stipulate to the dismissal of the above-captioned action with prejudice.

DATE: March 26th, 2024

| | |
|---|---|
| **CONSTABLE LAW, P.A.** | **KELLEY KRONENBERG** |
| /s/ *James S. Constable* | /s/ *Todd A. Schwartz* |
| James S. Constable, Esquire | Todd A. Schwartz, Esquire |
| Florida Bar No. 68522 | Florida Bar No. 118417 |
| Allison S. Freeman, Esquire | KELLEY KRONENBERG |
| Florida Bar No. 69539 | 10360 West State Road 84 |
| CONSTABLE LAW, P.A. | Fort Lauderdale, FL 33324 |
| 139 6th Ave. S. | Telephone: (954) 370-9970 |

Safety Harbor, Florida 34695        Attorneys for Defendants
Telephone: (727) 797-0100
Attorneys for Plaintiff